UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| Chadwick L. Miller, | ) | CASE NO. 5: 19 CV 2832 |
|---|---|---|
| Plaintiff, | ) ) | JUDGE JOHN R. ADAMS |
| v. | ) ) | |
| Coleman Professional Services, *et al.* | ) ) | MEMORANDUM OF OPINION AND ORDER |
| Defendants. | ) ) | |

*Pro se* Plaintiff Chadwick L. Miller has filed a complaint in this action against the Coleman Professional Services and the Jackson Police Department. (Doc. No. 1.) He has filed a motion to proceed *in forma pauperis* (Doc. No. 2.) That motion is denied.

Plaintiff has abused the privilege of proceeding *in forma pauperis* and is now barred from proceeding *in forma pauperis*. *See Miller v. Holmes Cty. Sheriff Department*, No. 5: 20 CV 225 (N.D. Ohio Mar. 23, 2020); *Miller v. Mt. Eaton Police Department*, No. 5: 19 CV 2618 (N.D. Ohio Mr. 23, 2020).

Further, there is no reason to allow Plaintiff the opportunity to proceed with this case by paying the filing fee, as his complaint on its face is "totally implausible, attenuated, unsubstantial, frivolous, [and] devoid of merit" and therefore subject to dismissal for lack of subject-matter jurisdiction under *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999).

Accordingly, this action is dismissed for lack of subject-matter jurisdiction pursuant to the Court's authority established in *Apple v. Glenn*. The Court further certifies that an appeal from this

decision could not be taken in good faith. 28 U.S.C. § 1915(a)(3).

    IT IS SO ORDERED.

Date: March 26, 2020        /s/ John R. Adams
                                       JOHN R. ADAMS
                                       UNITED STATES DISTRICT JUDGE